respondents for the enforcement and foreclosure of a mechanic's lien.

*Carl E. Dorr* for appellant.

*Stewart F. Hancock* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.   Absent: WILLARD BARTLETT, Ch. J.

---

MARY S. CROXSON, Appellant, *v.* FLYNN PLUMBING AND HEATING COMPANY, Respondent.

*Croxson* v. *Flynn Plumbing & Heating Co.*, 158 App. Div. 876, affirmed.
(Argued October 7, 1915; decided October 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action in equity by plaintiff, a mortgagee holding a building loan agreement and mortgage on two apartment houses, for a permanent injunction restraining the defendant from removing certain plumbing work and fixtures from the mortgaged premises.   The defendant. claims a prior lien under a subsequent chattel mortgage.

*Frank Harvey Field* and *Richard L. Phillips* for appellant.

*Rolland R. Rasquin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.   Absent: WILLARD BARTLETT, Ch. J.